IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DENTON W. GAGE,                )
                               )
            Petitioner,        )
                               )
v.                             )   Case No. CIV-18-1223-R
                               )
LONNIE LAWSON, Warden,         )
                               )
            Respondent.        )

## ORDER

Before the Court is Petitioner's Motion to Proceed *In Forma Pauperis* (Doc. 7). Pursuant to 28 U.S.C. § 636(b)(1), the Court referred this matter to United States Magistrate Judge Shon T. Erwin on December 17, 2018. *See* Order, Doc. 3. On January 9, 2019, Judge Erwin issued a Report and Recommendation ("R&R"), wherein he recommended that Petitioner's motion be denied and that he be ordered to prepay the full $5.00 filing fee for his action to proceed. Doc. 9, at 1. The Court received Petitioner's $5.00 filing fee today. *See* Doc. 13. Accordingly, the Court adopts Judge Erwin's R&R and denies as moot Petitioner's motion. The matter is re-referred to Judge Erwin for further proceedings.[1]

IT IS SO ORDERED this 24th day of January, 2019.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] During the period between when Judge Erwin issued his R&R and when Petitioner paid the filing fee, Petitioner filed two motions. *See* Docs. 10, 12.