IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENTON WILLIAM GAGE, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-18-1223-R |
| LONNIE LAWSON, | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered March 12, 2019 [Doc. No. 19], wherein he recommended that Petitioner's Petition for Writ of Habeas Corpus be dismissed on screening, as Petitioner was not entitled to habeas relief on any of the grounds presented. No objection to the Report and Recommendation has been filed nor has Petitioner sought an extension of time in which to object. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Petitioner's Petition is DISMISSED.

IT IS SO ORDERED this 5th day of April 2019.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE